AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RICKY R. CANNIDA,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV1:14-154

CAROLYN W. COLVIN, Acting Commissioner
of Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of July 14, 2015, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court, and the Acting Commissioner's final decision is AFFIRMED. JUDGMENT is entered in favor of CAROLYN W. COLVIN, the Acting Commissioner of Social Security Administration, and this civil action stands CLOSED.

07/14/2015
Date

Scott L. Poff
Clerk



(By) Deputy Clerk

GAS Rev 10/1/03